**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To: *Pratt v. Cadence Bank*, Case No. 23-cv-12996-ADB | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CADENCE BANK CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff Tammy Pratt ("Plaintiff" or "Settlement Class Representative") in the above-captioned actions and consolidated in this MDL, hereby moves this Court for entry of an Order: (1) finally approving the proposed Class Action Settlement Agreement and Release between herself and Defendant Cadence Bank ("Cadence" or "Defendant") as fair, reasonable, and adequate; (2) finally certifying, for purposes of the Settlement[1] only, the following Settlement Class:

> All persons in the United States who were notified by Cadence Bank that their personally identifying information ("PII") was included in files affected by the MOVEit Data Breach.
>
> Excluded from the Settlement Class are (i) Cadence, any entity in which Cadence has a controlling interest, and Cadence's senior executive management, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Litigation and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the Settlement.

(3) confirming that the Notice Plan approved by the Court in its January 5, 2026 Preliminary Approval Order (ECF No. 1661) has been fully and sufficiently effectuated; (4) finally appointing

[1] Unless otherwise defined herein, all capitalized terms have the same definitions as those set forth in the proposed Class Action Settlement Agreement and Release ("SAR"), ECF No. 1652-1.

Plaintiff as the Settlement Class Representatives; (5) finally appointing Lead Counsel and Liaison & Coordinating Counsel to act on behalf of the Settlement Class and the Settlement Class Representatives with respect to the Settlement; (6) entering the proposed Final Approval and Judgment; and (7) granting such other and further relief as may be just and appropriate.

This Motion is based upon the record in this case as well as the concurrently filed: (1) Memorandum of Law in Support of Plaintiff's Motion for Final Approval; (2) Declaration of Gary F. Lynch in Support of Plaintiff's Motion for Final Approval; and (3) Declaration of Simpluris, Inc. in Support of Plaintiff's Motion for Final Approval, as well as any additional materials and argument that may be presented to the Court.

Dated: June 9, 2026

Respectfully submitted,

By: /s/ Kristen A. Johnson
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: /s/ E. Michelle Drake
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bergermontague.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Fl.
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel for Plaintiffs*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), that counsel for Plaintiffs have conferred in good faith with counsel for Defendant Cadence Bank, and Defendant does not oppose this Motion.

Dated: June 9, 2026

*/s/ Gary F. Lynch*
Gary F. Lynch

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: June 9, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)